# In the United States Court of Federal Claims

No. 19-1370

Filed: October 16, 2019

| | |
|---|---|
| PETER DIPIETRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On September 9, 2019, plaintiff, Peter DiPietro, proceeding *pro se*, filed a complaint with this Court. On September 12, 2019, the Court issued an order for plaintiff to either pay the full $400.00 filing fee—a $350.00 filing fee plus a $50.00 administrative fee—or submit a proper request to proceed *in forma pauperis* within twenty-one days. Plaintiff has not paid the filing fee or submitted an application to proceed *in forma pauperis*. Accordingly, pursuant to Rule 41(b) of the Rules of the Court of Federal Claims, plaintiff's Complaint is hereby **DISMISSED** without prejudice for failure to pay the filing fee. The Clerk's Office is directed to enter judgment consistent with this Order.

**IT IS SO ORDERED.**

Loren A. Smith
Senior Judge